**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| Tyduntrae Jackson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23 C 50142 |
| v. ) | |
| ) | Hon. Margaret J. Schneider |
| ) | |
| Hennig, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

    This employment discrimination action was filed by Plaintiff, through counsel, on April 25, 2023 [1]. On April 1, 2024, counsel filed a motion to withdraw as counsel [43]. Counsel advised the Court that counsel attempted to communicate with Plaintiff via phone, text message, email, and U.S. Mail and, despite these efforts, Plaintiff made no effort to communicate with him. *Id*. Therefore, the Court granted counsel's motion to withdraw [44]. Subsequently, Plaintiff failed to appear at the Court ordered telephonic status conferences on June 6, 2024 [51], July 24, 2024 [54], and August 15, 2024 [56]. The Clerk's Office provided Plaintiff with notice of each scheduled Court hearing at his last known address. The docket does not show that any mail sent to Plaintiff was returned undeliverable. On July 25, 2024, defense counsel reported to the Court that counsel had no recent contact with Plaintiff and Plaintiff had failed to respond to written discovery requests [54]. Counsel advised the Court at the hearing held on August 15, 2024, that he had no contact with Plaintiff. The Court's August 15, 2024, order indicated that the Court would issue a report and recommendation to the District Court recommending that this case be dismissed for want of prosecution [56]. That order was mailed to Plaintiff at his last known address. Based on Plaintiff's repeated failures to appear and participate in the initial stages of this litigation, it is the Court's Report and Recommendation that the District Court dismiss this matter for want of prosecution. Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation must be filed by September 18, 2024. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff's last-known address, as reflected on the docket.

Date: 09/04/2024                          ENTER:

                                                                            United States Magistrate Judge