# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| Tyduntrae Jackson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23 CV 50142 |
| v. ) | |
| ) | Hon. Iain D. Johnston |
| ) | |
| Henning, Inc. et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the Court is Judge Schneider's Report and Recommendation [57] that this case be dismissed for want of prosecution under Fed. R. Civ. P. 41(b). Judge Schneider notes that she granted his counsel's motion to withdraw in April 2024 because they were no longer able to reach the plaintiff. Judge Schneider then mailed the plaintiff notices of three telephonic status hearings, but the plaintiff did not participate in any of them, and the mailed notices were not returned to the court as being undeliverable. At one of those status hearings, defense counsel reported that he was also unable to reach the plaintiff, and that the plaintiff had not responded to discovery requests. On 9/4/2024 Judge Schneider mailed to the plaintiff her Report and Recommendation and notice that he had until 9/18/2024 to object, but to date he has not done so and notice of the deadline was not returned as undeliverable. Accordingly, the Court accepts Judge Schneider's Report and Recommendation [57], and dismisses this case for want of prosecution under Fed. R. Civ. P. 41(b). Civil case terminated.

Date: September 30, 2024

                                                    Iain D. Johnston
                                                    United States District Judge